FILE COPY

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF UNITED STATES TRUSTEE**
**DISTRICTS OF MINNESOTA, IOWA, NORTH DAKOTA AND SOUTH DAKOTA**

---

Debtor:   SHAWN HEMME
          110 W GRANT ST
          APT 4E
          MINNEAPOLIS, MN 55403
          xxx-xx-3908

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
CASE NO. 05 - 42705
CHAPTER 7

Jt. Debtor:

---

### APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BOND

The following person is hereby appointed interim trustee in the above-referenced case and the trustee's bond is fixed under the blanket bond heretofore approved.

BRIAN F LEONARD
100 S 5TH ST STE 2500
MINNEAPOLIS, MN 55402

If the trustee rejects this appointment, the trustee must notify the United States Bankruptcy Court and the United States Trustee within five (5) days of receipt of this notice. Otherwise, the trustee will be deemed to have accepted the appointment as of the date hereof.

HABBO FOKKENA
United States Trustee

Dated: 04/26/05

------------------------------------------------

### REJECTION

I, BRIAN F LEONARD , hereby reject appointment as interim trustee of the above-referenced case and certify that I filed the orignal hereof with the United States Bankruptcy Court and a copy hereof with the United States Trustee.

Dated: _____

BRIAN F LEONARD