ASSET ACCEPTANCE LLC
POE 2036
WARREN MI 48090


C FS
10304 SPOTSYLVANIA AVE.
STE. 100
FREDERICKSBURG VA 22408


CREDIGY
3950 JOHNS CREEK
SUWANEE GA 30024


DELL FINANCIAL
12234 N. IH 355B BLDG. B
AUSTIN TX 78154


FAIRVIEW UNIVERSITY HOSP.
ATTEN:   ACCOUNTS PAYABLE
500 HARVARD ST.
MINNEAPOLIS MN 55455


GOODYEAR
POB 5003
SIOUX FALLS SD 57117


MBNA AMERICA
POB 15026
WILMINGTON DE 19801


MERRICK BANK
POE 5000
DRAPER UT 84020

MILLENNIUM CREDIT
C/O TCF NATIONAL BANK RNB
MINNEAPOLIS MN 55459—0317
PRESIDIO LLC
8014 BAYBERRY RD.
JACKSONVILLE FL 32256


PROVIDIAN BANK CORP.

4940 JOHNSON DR.
PLEASANTON CA 94566


RADIO SHACK
POB 8189
GRAY TN 37615


SPRINT PCS
POB 219718
KANSAS CITY MO 64121


TCF NATIONAL BANK RNB
POE 59317
MINNEAPOLIS MN 55459—0317


UNIFUND CORP.
11802 CONREY RD.
CINCINNATI OH 45249


WELLS FARGO BK.
HONDA ACCORD
1250 MONTEGO
WALNUT CREEK CA 94598