# UNITED STATES BANKRUPTCY COURT

### District of Minnesota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 04/25/05.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights.  All documents filed in the case may be inspected by accessing the court's web site at **www.mnb.uscourts.gov** or at the bankruptcy clerk's office at the address listed below.  NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>SHAWN HEMME<br>110 W GRANT ST<br>APT 4E<br>MINNEAPOLIS, MN 55403 | |
|---|---|
| Case Number:<br>05 - 42705 -  NCD | Social Security/Taxpayer ID Nos.:<br>XXX-XX-3908 |
| Attorney for Debtor(s) (name and address):<br>SHAWN HEMME<br>110 W GRANT ST<br>APT 4E<br>MINNEAPOLIS, MN 55403<br>Telephone number: | Bankruptcy Trustee (name and address):<br>BRIAN F LEONARD<br>100 S 5TH ST STE 2500<br>MINNEAPOLIS, MN 55402<br><br>Telephone number: 612-332-1030 |

## Meeting of Creditors:

Date:   **May 31, 2005**       Time:   **02:30 pm**       Location:   **U S COURTHOUSE<br>RM 1017<br>300 S 4TH ST<br>MINNEAPOLIS, MN 55415**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
08/01/05

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>U S BANKRUPTCY COURT<br>U S COURTHOUSE RM 301<br>300 S 4TH ST<br>MINNEAPOLIS, MN 55415<br>Web address: www.mnb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>LORI VOSEJPKA |
|---|---|
| Hours Open:  Monday - Friday 8:00 AM - 5:00 PM | Date:  04/26/05 |

**EXPLANATIONS**                                                    FORM B9A(9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment;  taking actions to collect money or obtain property from the debtor;  repossessing the debtor's property;  starting or continuing lawsuits or foreclosures;  and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |

**---Refer to Other Side For Important Deadlines and Notices---**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0864-4          User: user80            Page 1 of 1            Date Rcvd: Apr 26, 2005
Case: 05-42705                Form ID: 316            Total Served: 22


The following entities were served by first class mail on Apr 28, 2005.
db       +HEMME, SHAWN,   110 W GRANT ST,    APT 4E,    MINNEAPOLIS, MN 55403-2310
tr       +LEONARD, BRIAN F,    100 S 5TH ST STE 2500,    MINNEAPOLIS, MN 55402-1234
6389803   ASSET ACCEPTANCE LLC,    POE 2036,    WARREN MI 48090
6389804  +C FS,    10304 SPOTSYLVANIA AVE,    STE 100,    FREDERICKSBURG VA 22408-2636
6389805   CREDIGY,    3950 JOHNS CREEK,    SUWANEE GA 30024
6389806   DELL FINANCIAL,    12234 N IH 355B BLDG B,    AUSTIN TX 78154
6389807  +FAIRVIEW UNIVERSITY HOSP,    ATTEN   ACCOUNTS PAYABLE,    500 HARVARD ST,    MINNEAPOLIS MN 55455-0363
6389808  +GOODYEAR,    POB 5003,    SIOUX FALLS SD 57117-5003
6389818   HENNEPIN COUNTY SHERIFF,    HENNEPIN COUNTY COURTHOUSE,    MINNEAPOLIS MN 55415
6389809  +MBNA AMERICA,    POB 15026,    WILMINGTON DE 19850-5026
6389810   MERRICK BANK,    POE 5000,    DRAPER UT 84020
6389811   MILLENNIUM CREDIT,    CO TCF NATIONAL BANK RNB,    MPLS MN 55459-0317
6389822  +MN DEPT OF REVENUE,    BANKRUPTCY SECTION,    PO BOX 64447,    ST PAUL MN 55164-0447
6389813  +RADIO SHACK,    POB 8189,    GRAY TN 37615-0189
6389814  +SPRINT PCS,    POB 219718,    KANSAS CITY MO 64121-9718
6389815   TCF NATIONAL BANK RNB,    POE 59317,    MPLS MN 55459-0317
6389816  +UNIFUND CORP,    11802 CONREY RD,    CINCINNATI OH 45249-1074
6389820  +UNITED STATES ATTORNEY,    600 US COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS MN 55415-3070
6389819  +UNITED STATES TRUSTEE,    1015 US COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS MN 55415-3070
6389817  +WELLS FARGO BK,    HONDA ACCORD,    1250 MONTEGO,    WALNUT CREEK CA 94598-2820

The following entities were served by electronic transmission on Apr 27, 2005 and receipt of the transmission
was confirmed on:
6389812  +EDI: PROVID.COM Apr 26 2005 23:05:00     PROVIDIAN BANK CORP,    4940 JOHNSON DR,
           PLEASANTON CA 94588-3308
6389821  +E-mail: deed.bkpt.mpwr@state.mn.us Apr 27 2005 02:32:39     STATE OF MINNESOTA,
           DEPT OF MANPOWER SERVICES,    390 N ROBERT ST,    ST PAUL MN 55101-1812
                                                                                   TOTAL: 2


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2005**                 **Signature:**   _Joseph Speetjens_