Form B 240
3/99

RECEIVED
WWR# 4309266
Acct# 98129400176902600019
'05 JUN -6 AM 9: 24

US BANKRUPTCY COURT

# United States Bankruptcy Court

### DISTRICT OF MINNESOTA

| Debtor's Name<br>SHAWN HEMME | Case No. 05-42705 |
|---|---|
| | Chapter 7 |
| | Judge NCD |
| Creditor's Name and Address<br>DELL FINANCIAL SERVICES L.P.<br>12234 N IH 35<br>AUSTIN, TX 78753 | |

## REAFFIRMATION AGREEMENT

Instructions:   1) Attach a copy of all court judgments, security agreements, and evidence of their perfection.
2) File all the documents by mailing them or delivering them to the Clerk of the Bankruptcy Court.

### NOTICE TO DEBTOR:

This agreement <u>gives up the protection of your bankruptcy</u> discharge for this debt.

<u>As a result of this agreement, the creditor may be able to take your property or wages</u> if you do not pay the agreed amounts. The creditor may also act to collect the debt in other ways.

<u>You may rescind (cancel) this agreement at any time before the bankruptcy court enters a discharge order or within 60 days after this agreement is filed with the court, whichever is later</u>, by notifying the creditor that the agreement is canceled.

You are not required to enter into this agreement by any law. It is not required by the Bankruptcy Code, by any other law, or by any contract (except another reaffirmation agreement made in accordance with Bankruptcy Code § 524(c)).

<u>You are allowed to pay this debt without signing this agreement.</u> However, if you do not sign this agreement and are later unwilling or unable to pay the full amount, the creditor will not be able to collect it from you. The creditor also will not be allowed to take your property to pay the debt unless the creditor has a lien on that property.

If the creditor has a lien on your personal property, you may have a right to redeem the property and eliminate the lien by making a single payment to the creditor equal to the current value of the property, as agreed by the parties or determined by the court.

This agreement is not valid or binding unless it is filed with clerk of the bankruptcy court. If you were not represented by an attorney during the negotiation of this reaffirmation agreement, the agreement cannot be enforced by the creditor unless 1) you have attended a reaffirmation hearing in the bankruptcy court, and 2) the agreement has been approved by the bankruptcy court. (Court approval is not required if this is a consumer debt secured by a mortgage or other lien on your real estate.)



Form B 240  
Continued

WWR# 4309266  
Acct# 9812940017690260019

## REAFFIRMATION AGREEMENT

The debtor and creditor named above agree to reaffirm the debt described in this agreement as follows.

### THE DEBT

| | |
|---|---|
| Total Amount of Debt When Case was Filed | $ 1885.98 |
| Total Amount of Debt Reaffirmed | $ ~~425.00~~ 150 *(initialed)* |

Above total includes the following:

| | |
|---|---|
| Interest Accrued to Date of Agreement | $ 0.00 |
| Attorney Fees | $ 0.00 |
| Late Fees | $ 0.00 |
| Other Expenses or Costs Relating to the Collection of this Debt (Describe) | $ 0.00 |
| Annual Percentage Rate (APR) | 0 % |
| Amount of Monthly Payment | $ ~~25~~ 15 *(initialed)* |
| Date Payments Start | 06/09/2005 |
| Total Number of Payments to be made | 17 |
| Total of Payments if paid according to schedule | ~~425.00~~ 150 *(initialed)* |
| Date Any Lien Is to Be Released if paid according to schedule | |

The debtor agrees that any and all remedies available to the creditor under the security agreement remain available. All additional Terms Agreed to by the Parties (if any):

_____

_____

Payments on this debt [were][were not] in default on the date on which this bankruptcy case was filed.  
This agreement differs from the original agreement with the creditor as follows:

_____

_____

Form B 240            WWR# 4309266
Continued            Acct# 9812940017690260019

## CREDITOR'S STATEMENT CONCERNING AGREEMENT AND SECURITY/COLLATERAL (IF ANY)

Description of Collateral. If applicable, list manufacturer, year and model.

COMPUTER EQUIPMENT

Value      $ ~~425.00~~ 150 [initials]

Basis or Source for Valuation _____

Current Location and Use of Collateral    DEBTOR'S POSSESSION

Expected Future Use of Collateral    PERSONAL USE

Check Applicable Boxes:

☐    Any lien described herein is valid and perfected.

☐    This agreement is part of a settlement of a dispute regarding the dischargeability of this debt under section 523 of the Bankruptcy Code (11 U.S.C. § 523) or any other dispute. The nature of dispute is _____

## DEBTOR'S STATEMENT OF EFFECT OF AGREEMENT ON DEBTOR'S FINANCES

My Monthly Income (take home pay plus any other income received) is $ _____

My current monthly expenses total $ _____, not including any payment due under this agreement or any debt to be discharged in this bankruptcy case.

I believe this agreement [will][will not] impose an undue hardship on me or my dependents.

### DEBTOR'S STATEMENT CONCERNING DECISION TO REAFFIRM

I agreed to reaffirm this debt because    I want to keep property

I believe this agreement is in my best interest because    it will clear this debt

I [considered][did not consider] redeeming the collateral under section 722 of the Bankruptcy Code (11 U.S.C. § 722). I chose not to redeem because    this was in my best interest

I [was][was not] represented by an attorney during negotiations on this agreement.

Form B 240  
Continued

WWR# 4309266  
Acct# 98129400176902600019

## CERTIFICATION OF ATTACHMENTS

Any documents which created and perfected the security interest or lien [are][are not] attached.  
[*If documents are not attached*: The documents which created and perfected the security interest or lien are not attached because

ITEMS ARE A PURCHASE MONEY SECURITY INTEREST _____

_____ .]

**SIGNATURES**

_____  
(Signature of Debtor)  
SHAWN HEMME

Date  5/19/05

DELL FINANCIAL SERVICES L.P.  
(Name of Creditor)

_____  
(Signature of Creditor Representative)  
Steven H. Emery OH-74676  
Stacie H. Wittenberg OH-72460  
Weltman, Weinberg & Reis Co., L.P.A.  
323 W. Lakeside Avenue, Suite 200  
Cleveland, Ohio 44113-1099

Date  5/30/05

_____  
(Signature of Joint Debtor)

Date _____

## CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

I hereby certify that 1) this agreement represents a fully informed and voluntary agreement by the debtor(s); 2) this agreement does not impose a hardship on the debtor or any dependent of the debtor; and 3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

_____  _____  
(Signature of Debtor's Attorney, if any)           Date

Form B 240M  
7/99

WWR# 4309266  
Acct# 9812940017690260019

# United States Bankruptcy Court

### DISTRICT OF MINNESOTA

In re   SHAWN HEMME                              Case No.  4309266  
                                                 Judge: NCD  

Debtor

Chapter 7

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

The debtor[s] named above and   DELL FINANCIAL SERVICES L.P.   , a creditor of the debtor[s], have made an agreement reaffirming the debtor's [debtors'] debt to the creditor. The agreement is dated _____ and [has][has not] been filed with the court [*if previously filed,* on _____ ].

The court [has][has not] granted a discharge to the debtor[s].

The debtor was [debtors were] [not] represented by an attorney during the negotiation of this agreement.

The debt reaffirmed in the agreement (is)[is not] an unsecured debt.

The reaffirmation agreement includes the debtor's[s'] statement that the debtor believes [debtors believe] that the reaffirmation agreement is in the best interest of the debtor[s].

The reaffirmation agreement includes the debtor's[s'] statement that the debtor believes [debtors believe] that the reaffirmation agreement does not impose an undue hardship on the debtor[s] or the dependents of the debtor[s].

I [We] ask the court to approve the reaffirmation agreement.

Date   5/19/05                          _____  
                                        (Signature of Debtor)  
                                        SHAWN HEMME

Date   _____                  _____  
                                        (Signature of Joint Debtor)

Date   5/30/05                          _____  
                                        (*Signature of Creditor or Attorney for Creditor*)  
                                        Steven H. Emery OH-74676  
                                        Stacie H. Wittenberg OH-72460  
                                        Weltman, Weinberg & Reis Co., L.P.A.  
                                        965 Keynote Circle  
                                        Brooklyn Heights, OH 44131

Form B 240O  
7/99

WWR# 4309266  
Acct# 9812940017690260019

# United States Bankruptcy Court

## DISTRICT OF MINNESOTA

In re   SHAWN HEMME    Case No.   05-42705  
　　　　　　　　　　　　　　　　　　　 Judge: NCD  
　　　　　Debtor

Chapter 7

**ORDER APPROVING REAFFIRMATION AGREEMENT**

The court approves/disapproves the reaffirmation agreement between the debtor and

DELL FINANCIAL SERVICES L.P.  
　　　　(Name of Creditor)

BY THE COURT

Date _____    _____  
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge