UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

Bankruptcy Proceeding No.: 5-42705
Chapter No.: 7
Judge: DENNIS D O'BRIEN

In re: SHAWN HEMME

Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at U S BANKRUPTCY COURT
U S COURTHOUSE COURTROOM 8 WEST
300 S 4TH ST
MINNEAPOLIS, MN

on 8/17/05 at 2:00

to consider and act upon the following:

Reaffirmation Agreement Between Debtor and Creditor DELL FINANCIAL SERVICES. Property: COMPUTER EQUIPMENT

Dated: 6/6/05

Lori Vosejpka
Clerk, U. S. Bankruptcy Court

BY: Linda Smith
Deputy Clerk

```
Case: 05-42705    Form id: 124    Ntc Date: 06/06/2005    Off: 4    Page :  1
Total notices mailed: 4

Debtor    HEMME, SHAWN    110 W GRANT ST,    APT 4E,    MINNEAPOLIS, MN 55403
Trustee   LEONARD, BRIAN F    100 S 5TH ST STE 2500,    MINNEAPOLIS, MN 55402
Creditor  DELL FINANCIAL SERVICES,    12234 N IH 35,    AUSTIN, TX 78753
U S Trust US TRUSTEE,    1015 U S COURTHOUSE,    300 S 4TH ST,    MINNEAPOLIS, MN 55415
```