**CFS Collegiate Funding Services**℠

CFS – SunTech Servicing LLC

Post Office Box 6004 • Ridgeland, MS 39158

Ridgeland, MS – 601-899-4400
Elsewhere – 800-485-5005
www.suntech.com

May 13, 2005

ADDED TO
MAY 20 2005 X

US Bankruptcy Court
District of Minnesota
US Courthouse, Room 301
300 S. 4th Street
Minneapolis, MN 55415

PLEASE STAMP FILED AND RETURN

RE: Shawn Hemme
SSN# xxx-xx-3908
Case #05-42705-NCD

CFS-SunTech Servicing LLC has received the First Meeting of Creditor's Notice for the above individual. As indicated on the First Meeting of Creditor's Notice, we are not to file a proof of claim unless instructed to do so. Please ensure that CFS-SunTech Servicing LLC is included on the mailing list for all court issued documents at the following address:

CFS-SunTech Servicing LLC
P.O. Box 6004
Ridgeland, MS 39158

*Please sign, stamp, and date this letter and return to CFS-SunTech Servicing LLC in the enclosed self-addressed stamped envelope.*

If you have any questions, please contact me at 601-899-4300 ext. 3145.

Sincerely,

*[signature]*
Bankruptcy Coordinator

We have acknowledged receipt of this letter and have ensured that CFS-SunTech Servicing, LLC is on the court's mailing list for the above reference.

_____ Date _____

\claims\AK.doc

9-1