# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. **BKY 05-42705**

**SHAWN HEMME**

Debtor(s)  Chapter 7 Case

## ORDER APPROVING REAFFIRMATION AGREEMENT

A reaffirmation agreement, dated **6/6/05** has been filed. The debtor(s) has been discharged. The agreement is intended to be enforceable after the discharge. The debtor(s) was not represented by an attorney during the course of negotiating the agreement. The discharge hearing was held today.

| **X** | The debtor |
| | Both debtors, if a joint case |
| | The debtor |

appeared in person, and was informed by the court that such an agreement is not required under applicable law and of the legal effect and consequences of such an agreement and a default under such an agreement. Title 11 U.S.C. Sec. 524(c)(6) provides that the agreement is subject to court approval unless the debt is a consumer debt secured by real property. Based upon the files and records in this case, it appears that the agreement would not impose an undue hardship on the debtor(s) or a dependant of the debtor(s), and upon request of the debtor(s), it is hereby ordered, the agreement is approved.

Dated: September 30, 2005

/e/ Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 30, 2005
Lori Vosejpka, Clerk, by KN

02/12/96;0105.

STATE OF MINNESOTA

                          ss.

COUNTY OF HENNEPIN

I, Kristin Neff, hereby certify: I am a Deputy Clerk of the United States Bankruptcy Court for the District of Minnesota; on September 30, 2005, I placed copies of the attached

                          Order 05-42705

in envelopes addressed to each of the following persons, corporations, and firms at their last known addresses, and had them metered through the court's mailing equipment:

SHAWN HEMME  
110 2 GRANT ST  
APT 4E  
MINNEAPOLIS MN 55403

DELL FINANCIAL SERVICES LP  
12234 N IH 35  
AUSTIN TX 78753

BRIAN F LEONARD  
100 S 5TH ST STE 2500  
MINNEAPOLIS MN 55402

HABBO FOKKENA  
U.S. TRUSTEE  
1015 U.S. COURTHOUSE  
300 SOUTH FOURTH STREET  
MINNEAPOLIS, MN 55415

I sealed and placed the envelopes in the United States Mail at Minneapolis, Minnesota.

                                                /e/ Kristin Neff  
                                                Kristin Neff